# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Edward Steen

Defendant

Case: 1:24-mj-00142
Assigned to: Judge Meriweather, Robin M.
Assign Date: 4/23/2024
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **Edward Steen**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Picketing, or Demonstrating in a Capitol Building

Date: 04/23/2024

2024.04.23
14:55:32 -04'00'

Issuing officer's signature

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 4/23/24, and the person was arrested on (date) 4/29/24
at (city and state) Springfield, MO.

Date: 4/29/24

Arresting officer's signature

SA Isaac MD Heggers
Printed name and title